CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 10 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| W.C. ENGLISH, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>RUMMEL, KLEPPER & KAHL, LLP,<br><br>*Defendant.* | CASE NO. 6:17-CV-00018<br><br>JUDGE NORMAN K. MOON |

## VERDICT FORM

1. Do you find, by the preponderance of the evidence, that RK&K materially breached the QA Subcontract with English?

    ✓ Yes  ____ No

    If your answer to this question is "No," please stop and advise the marshal you have reached a verdict. If your answer is "Yes," please proceed to question number 2.

2. Do you find, by a preponderance of the evidence, that English is entitled to damages or indemnification, pursuant to the terms of the QA Subcontract with RK&K?

    ✓ Yes  ____ No

If your answer to this question is "No," please stop and advise the marshal you have reached a verdict. If your answer is "Yes," please proceed to question number 3.

3. We, the jury, find by a preponderance of the evidence, that under the terms of the QA Subcontract, English has shown it is entitled to damages or indemnification in the amount of $ _____ from RK&K.

    $1,986,089.70

4. Do you find, by a preponderance of the evidence, that under the QA Subcontract, RK&K must pay English's attorneys' fees in litigating this case against RK&K?

    ✓ Yes    ___ No

5. Should prejudgment interest be awarded?

   ✓ Yes   ___ No

   If you awarded damages or indemnification under question 3, from what date should prejudgment interest be awarded?

   6/24/2014

Foreperson: _____   NAME REDACTED
                        Foreperson

                                              NAME REDACTED
                                              Foreperson

Date: 6/10/21